UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RAMEL HOLLIMAN, | ) | CASE NO. 1:15-cv-00699-JRA |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | MEMORANDUM OF OPINION |
| COMMISSIONER | ) | AND ORDER |
| OF SOCIAL SECURITY | ) | |
| | ) | |
| Defendant. | ) | |

The Social Security Administration denied Plaintiff's application for Supplemental Security Income under Title XVI of the Social Security Act (42 U.S.C. § 1381 *et seq.*) and for a Period of Disability and Disability Insurance benefits under Title II of the Social Security Act (42 U.S.C. §§416(i) and 423) in the above-captioned case.  Plaintiff sought judicial review of the Commissioner's decision, and the case was referred to Magistrate Judge Kenneth S. McHargh for preparation of a Report and Recommendation pursuant to 28 U.S.C. § 636 and Local Rules 72.2(b)(1).  The Magistrate Judge submitted a report and recommendation (Doc. 17) that this Court VACATE the decision of the Commissioner and REMAND the case back to the Social Security Administration.

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within fourteen (14) days after service.  To date, no objections have been filed.  In fact, on April 21, 2016, the Commissioner filed a response to the Report and Recommendation whereby the Commissioner confirmed that she would not file objections.  As such, any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*,

728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the Report and Recommendation of the Magistrate Judge is hereby adopted. The decision of the Commissioner is VACATED, and the case is REMANDED back to the Social Security Administration.

IT IS SO ORDERED.

Dated:  April 27, 2016 /s/ John R. Adams_____
UNITED STATES DISTRICT JUDGE